In the Matter of P.W.K.

A.E.K. and F.J.K., Respondents,

v.

L.A.K., Appellant.

No. 61721.

Missouri Court of Appeals,
Eastern District,
Division One.

May 25, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 23, 1993.

Application to Transfer Denied
Aug. 17, 1993.

William P. Grant, Clayton, for appellant.

Robert P. Baine, Jr., Chester B. Hayes, Florissant, for respondents.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

L.A.K., the biological mother of P.W.K. (Child), appeals from a final adoption decree granting adoption of Child to Child's paternal grandparents. We affirm per Rule 84.16(b). The trial court's order is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The parties

**434**

have been furnished with a memorandum for their information, only.

ties have been furnished with a memorandum for their information, only.

